UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

Christopher Kelley, et al.,

          Plaintiff(s),

   -against-

City of New York, et al.,
          Defendant(s),
--------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/17
```

15 Civ. 53 (CM) (FM)

CALENDAR NOTICE

Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ____Pre-trial Conference | _X_ Status Conference | __ Oral argument |
| ____Settlement conference | ____Plea Hearing | (Bankruptcy Appeal) |
| ____ Rule (16) conference | ____ Final pre-trial conference | ____Fairness Hearing |
| ____Telephone Conference | ____Jury Selection and Trial | __ OTSC Hearing |
| ____ Non-Jury Trial | ____Inquest | |

**to Friday, August 11, 2017 at 10:00 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 24A, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: July 25, 2017
      New York, New York

                      So Ordered

                      _____
                      Colleen McMahon, Chief U.S.D.J